Submitted on record and brief September 25, 1998, affirmed February 17, petition for review denied April 29, 1999 (328 Or 465)

STATE OF OREGON,
*Respondent,*

*v.*

VICTORIA LYNN SIMMS,
*Appellant.*

(95C22112; CA A90873)

974 P2d 788

D. Olcott Thompson filed the briefs for appellant.

Hardy Myers, Attorney General, Michael D. Reynolds, Solicitor General, and Timothy A. Sylwester, Assistant Attorney General, filed the brief for respondent.

Before Warren, Presiding Judge, and Edmonds and Armstrong, Judges.

PER CURIAM

Affirmed. *State ex rel Caleb v. Beesley*, 326 Or 83, 949 P2d 724 (1997); *State ex rel Huddelston v. Sawyer*, 324 Or 597, 932 P2d 1145, *cert den* ___ US ___ , 118 S Ct 557, 139 L Ed 2d 399 (1997); *State v. Ferman-Velasco*, 157 Or App 415, 971 P2d 897 (1998).